**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**RONNY W. STEPHENS,**

     **Plaintiff,**

**vs.**                                         **CASE NO. 1:07cv265-MMP/AK**

**DEL-JEN,**

     **Defendant.**

_____/

## ORDER

This *pro se* Title VII case is before the Court on Plaintiff's complaint.  The Court is prepared to issue the summons for Defendant.  However, Plaintiff has not submitted a service copy of the complaint, and thus, issuance of the summons is delayed.

Accordingly, it is **ORDERED:**

That no later than **February 11, 2008**, Plaintiff shall provide the Court with one (1) identical copy of the complaint with attachments for service on the Defendant.

**Failure to submit the service copies as directed will result in a recommendation of dismissal of this action.**

**DONE AND ORDERED** at Gainesville, Florida, this _**10**_<sup>**th**</sup> day of January, 2008.


                                      *s/ A. KORNBLUM*_____
                                      **ALLAN KORNBLUM**
                                      **UNITED STATES MAGISTRATE JUDGE**