IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RONNY W STEPHENS,

    Plaintiff,

v.                                      CASE NO. 1:07-cv-00265-MP-AK

DEL-JEN,

    Defendant.

_____/

## **O R D E R**

      This matter is before the Court on Doc. 10, Report and Recommendation of the Magistrate Judge, recommending that this cause be dismissed for failure to prosecute and to obey an order of the Court. The Magistrate Judge filed the Report and Recommendation on Monday, August 18, 2008. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has made. In this instance, however, no objections were filed.

      Plaintiff in this case failed to timely serve Defendant and was ordered to show cause why this case should not be dismissed for failure to prosecute and to obey an order of the Court. Doc. 9. Because Plaintiff has not responded, and because there is no indication that Plaintiff has served Defendant, the Magistrate recommends dismissal. Having considered the Report and Recommendation, the Court has determined that it should be adopted. Accordingly, it is hereby

      **ORDERED AND ADJUDGED:**

      1.      The Magistrate's Report and Recommendation at Doc. 10 is adopted and incorporated by reference in this order.

2. Plaintiff's complaint, Doc. 1, is DISMISSED with prejudice.

**DONE AND ORDERED** this   *17th* day of September, 2008

<em>s/Maurice M. Paul</em><br>
Maurice M. Paul, Senior District Judge